David Bilsker (SBN 152383)
Kfir B. Levy (SBN 235372)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Wallace Wu (SBN 220110)
HOWREY SIMON ARNOLD & WHITE, LLP
550 South Hope Street, Suite 1400
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

Attorneys for Plaintiff
BIO-RAD LABORATORIES, INC.

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLERA CORPORATION, a Delaware Corporation, and APPLIED BIOSYSTEMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C02-5946 JW<br><br>**PLAINTIFF BIO-RAD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-11 AND PROPOSED ORDER**<br><br>Judge: Hon. James Ware<br>Dept: Ctrm. 8, 4th Flr.<br>Date: November 7, 2005<br>Time: 9:00 A.M. |

Plaintiff Bio-Rad Laboratories, Inc. ("Bio-Rad"), through its counsel, hereby requests the Court to file under seal the Expert Report of Robert Weinberger, Ph.D., attached as Exhibit 1 to the Declaration of Kfir B. Levy In Support Of Plaintiff Bio-Rad's Motion to Strike Defendants' Expert Report Of Robert Weinberger, Ph.D.

It is necessary and appropriate to file this document under seal in that reference is made throughout the report to trade secret information and/or documents that have been designated by Bio-Rad as "Confidential." It is not practical to remove the confidential information from the document and make it meaningful.

Dated: October 3, 2005

HOWREY LLP

/s/ Kfir B. Levy
Kfir B. Levy

Attorney for Plaintiff
BIO-RAD LABORATORIES, INC.

IT IS SO ORDERED.

Dated: October  04 , 2005

The Honorable James Ware

Case No. C02-5946 JW
PLAINTIFF BIO-RAD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-11 AND PROPOSED ORDER

DM_US\8261473.v1

1