IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bio-Rad Laboratories, Inc., | NO. C 02-05946 JW |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT** |
| Applera Corporation, et al., | |
| Defendants. | |

Please take note that on the Court's own motion, the hearing on Plaintiff's Motion to Strike Expert Report of Robert Weinberger presently scheduled for November 7, 2005 is vacated. The new hearing date is on **November 21, 2005 at 9 a.m.**

Dated: October 25, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice Garber alice.garber@weil.com
Bobby A. Ghajar ghajarb@howrey.com
David Leon Bilsker bilskerd@howrey.com
Eugene Y. Mar eugene.mar@weil.com
Eugene Y. Mar eugene.mar@weil.com
Matthew D. Powers matthew.powers@weil.com
Thomas C. Mavrakakis mavrakakist@howrey.com
Tracy Jolles Holland Tracy_Holland@Dell.com
Vernon M. Winters vern.winters@weil.com
Wallace W. Wu wuw@howrey.com

**Dated: October 25, 2005**                                   **Richard W. Wieking, Clerk**

                                                                **By:    /s/ JW Chambers**
                                                                        **Ronald L. Davis**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California