United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Bio-Rad Laboratories, Inc.,

       Plaintiff,

  v.

Applera Corporation, et al.,

       Defendant.

_____/

NO. C 02-05946 JW

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERT REPORT**

On calendar for November 21, 2005 is Plaintiff's Motion to Strike Defendants' expert report of Robert Weinberger, Ph.D.  The Court has deemed the matter appropriate for submission on the papers.  See Civ. L. R. 7-1(b).  Accordingly, the Court vacates the hearing on November 21, 2005.

Dated: November 15, 2005

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice Garber alice.garber@weil.com
Bobby A. Ghajar ghajarb@howrey.com
David Leon Bilsker bilskerd@howrey.com
Eugene Y. Mar eugene.mar@weil.com
Eugene Y. Mar eugene.mar@weil.com
Matthew D. Powers matthew.powers@weil.com
Thomas C. Mavrakakis mavrakakist@howrey.com
Tracy Jolles Holland Tracy_Holland@Dell.com
Vernon M. Winters vern.winters@weil.com
Wallace W. Wu wuw@howrey.com

**Dated: November 15, 2005**                    **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers**
                                                    **Ronald L. Davis**
                                                    **Courtroom Deputy**