1 MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2 VERNON M. WINTERS (Bar No. 130128)
vern.winters@weil.com
3 EUGENE Y. MAR (Bar No. 227071)
eugene.mar@weil.com
4 WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
5 201 Redwood Shores Parkway
Redwood Shores, CA 94065
6 Telephone: (650) 802-3000
Facsimile: (650) 802-3100
7
Attorneys for Defendants
8 APPLERA CORPORATION and APPLIED
BIOSYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLERA CORPORATION and APPLIED BIOSYSTEMS, <br><br> Defendants. | Case No. C 02-5946 JW <br><br> [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS FROM APPLERA'S MOTION FOR SUMMARY JUDGMENT ON TRADEMARK AND RELATED CLAIMS <br><br> Date: February 27, 2006 <br> Time: 9:00 a.m. <br> Place: Courtroom 8, 4th Floor <br> Judge: Honorable James Ware |

[PROPOSED] ORDER GRANTING MAR -
LACHES AND STATUES OF LIMITATIONS    1    Case No. C 02-5946 JW

1  As set forth in Defendants Applera Corporation and Applied Biosystems
2  Miscellaneous Administrative Request Pursuant to Local Rules 7-10 and 79-5 to Seal Documents,
3  Applera filed with the Court the following in connection with the Declaration of Eugene Y. Mar
4  in Support of Applera's Motion for Summary Judgment on Trademark Related Claims.

5      **1.**    **Exhibit 1** is a true and correct copy of excerpts from the June 25, 2004
6  deposition transcript of Rick Carberry.

7      **2.**    **Exhibit 2** is a true and correct copy of excerpts from the June 16, 2004
8  deposition transcript of John E. Lillig.

9      **3.**    **Exhibit 3** is a true and correct copy of excerpts from the Oct. 14, 2004
10  deposition transcript of Paul Menter.

11      **4.**    **Exhibit 4** is a true and correct copy of excerpts from the Nov. 22, 2004
12  deposition transcript of Gus Salem, in his capacity as a corporate representative of Bio-Rad
13  Laboratories, Inc.

14      5.    **Exhibit 5** is a true and correct copy of the June 18, 2004 deposition
15  transcript of Gus Salem, in his personal capacity.

16      6.    **Exhibit 8** is a true and correct copy of a letter from T. Smurzynski to R.
17  Carberry and attached Trademark Research Report, bearing production numbers ABBR 065721-
18  ABBR 065768, dated Sept. 21, 1990.

19      7.    **Exhibit 12** is a true and correct copy of a letter from T. Smurzynski to R.
20  Fein and N. Afeyan, bearing production numbers ABBR 065769 – ABBR 065770, dated Feb. 21,
21  1995.

22      8.    **Exhibit 15** is a true and correct copy BioChromatography Integration
23  Training 1998, bearing production numbers ABBR 075887 – ABBR 075909, dated 1998.

24      9.    **Exhibit 20** is a true and correct copy of a letter from J. Erickson to P.
25  Merrill, bearing production number ABBR 040362, dated Nov. 29, 1990.

26      10.    **Exhibit 23** is a true and correct copy of the 1995 Trade Show Schedule,
27  bearing production numbers ABBR 048192 – ABBR 048193.

28      11.    **Exhibit 24** is a true and correct copy of the 1995 Trade Show Schedule –

1  Biospectrometry Business Unit, bearing production number ABBR 048228, dated Dec. 12, 1994.

2      12. **Exhibit 30** is a true and correct copy of document entitled "Ad Schedule 1994," bearing production number BIO 020024, dated Dec. 15, 1993.

    13. **Exhibit 31** is a true and correct copy of a memo from Duke Daulton entitled "News Release Program," bearing production numbers BIO 020239 – BIO 020269, dated Dec. 13, 1993.

    14. **Exhibit 32** is a true and correct copy of the Bioseparations Ad Placement Schedule, bearing production number ABBR 048189, dated Oct. 5, 1995.

    15. **Exhibit 34** is a true and correct copy of a an email from E. Scheinpflug to M. Kurokawa, bearing production numbers BIO 022201 – BIO 022202, dated June 19, 1996.

    16. **Exhibit 41** is a true and correct copy of document entitled "LSG Journal Advertising Plan 1996," bearing production numbers BIO 018864 – BIO 018865, dated March 14, 1996.

    17. **Exhibit 44** is a true and correct copy of the Trademark Expert Report of Alan J. Cox, dated Oct. 10, 2005.

    IT IS HEREBY ORDERED that the above documents in support of Defendants Applera Corporation and Applied Biosystems' Motion for Summary Judgment on Trademark Related Claims are to be filed under seal.

Dated: January 26, 2006

_____
Honorable James Ware
United States District Court Judge