IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bio-Rad Laboratories, Inc., | NO. C 02-05946 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT; CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| Applera Corporation, et al., | |
| Defendant. | |

The hearing on Defendants' Motions for Summary Judgment (Docket Item Nos. 259, 262) currently scheduled for February 27, 2006 is continued to March 27, 2006 at 9:00 a.m. The preliminary pretrial conference currently scheduled for March 13, 2006 is continued to April 10, 2006 at 11:00 a.m.

Dated: February 7, 2006

02eciv5946ctdhearing

    /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bobby A. Ghajar ghajarb@howrey.com
David Leon Bilsker bilskerd@howrey.com
Eugene Y. Mar eugene.mar@weil.com
Jeffrey G. Homrig jeffrey.homrig@weil.com
Kfir B. Levy levyk@howrey.com
Matthew D. Powers matthew.powers@weil.com
Thomas C. Mavrakakis tmavrakakis@winston.com
Tracy Jolles Holland Tracy_Holland@Dell.com
Vernon M. Winters vern.winters@weil.com
Wallace W. Wu wuw@howrey.com

**Dated: February 7, 2006**               **Richard W. Wieking, Clerk**

                                          **By:_/s/ JW Chambers_____**
                                          **Melissa Peralta**
                                          **Courtroom Deputy**