David Bilsker (SBN 152383)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Wallace Wu (SBN 220110)
HOWREY SIMON ARNOLD & WHITE, LLP
550 South Hope Street, Suite 1400
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

Kfir B. Levy (SBN 235372)
HOWREY SIMON ARNOLD & WHITE, LLP
1111 Louisiana, 25th Floor
Houston, Texas 770002-5242
Telephone: (713) 787-1400
Facsimile: (713) 787-1440

Attorneys for Plaintiff
BIO-RAD LABORATORIES, INC.

**APPROVED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLERA CORPORATION, a Delaware Corporation, and APPLIED BIOSYSTEMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C02-5946 JW<br><br>**PLAINTIFF BIO-RAD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-11 AND** ~~PROPOSED~~ **ORDER**<br><br>Judge: Hon. James Ware<br>Dept: Ctrm. 8, 4th Flr.<br>Date: February 27, 2006<br>Time: 9:00 A.M. |

Case No. C02-5946 JW
PLAINTIFF BIO-RAD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-11 AND PROPOSED ORDER
DM_US\8309929.v1

1  Plaintiff Bio-Rad Laboratories, Inc. ("Bio-Rad"), through its counsel, hereby requests to the
2  Court to file under seal the attached as Exhibits E, H, I, J, K, and L to the Declaration of Bobby A.
3  Ghajar in Support of Bio Rad Laboratories, Inc.'s Opposition to Defendants' Motion for Summary
4  Judgment on Trademark and Related Claims.

5  It is necessary and appropriate to file these documents under seal in that reference is made
6  throughout the documents that have been designated as "Confidential" or "Highly Confidential." It is
7  not practical to remove the confidential information from the documents and make it meaningful.

9  Dated: February 6, 2006                    HOWREY LLP

11                                             /s/ Bobby A. Ghajar
                                               Bobby A. Ghajar

                                               Attorney for Plaintiff
13                                             BIO-RAD LABORATORIES, INC.

15      IT IS SO ORDERED.

17  Dated: February 8, 2006

                                               _____
                                               The Honorable James Ware

Case No. C02-5946 JW                                                                                    1
PLAINTIFF BIO-RAD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO LOCAL RULE 79-5 AND 7-11 AND PROPOSED ORDER
DM_US\8309929.v1