1  David Bilsker (SBN 152383)
   HOWREY SIMON ARNOLD & WHITE, LLP
2  525 Market Street, Suite 3600
   San Francisco, California 94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4
   Wallace Wu (SBN 220110)
5  Bobby A. Ghajar (SBN 198719)
   HOWREY SIMON ARNOLD & WHITE, LLP
6  550 South Hope Street, Suite 1400
   Los Angeles, California 90071
7  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
8
   Kfir B. Levy (SBN 235372)
9  HOWREY SIMON ARNOLD & WHITE, LLP
   1111 Louisiana, 25th Floor
10 Houston, Texas 770002-5242
   Telephone: (713) 787-1400
11 Facsimile: (713) 787-1440

12 Attorneys for Plaintiff
   BIO-RAD LABORATORIES, INC.

APPROVED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> APPLERA CORPORATION, a Delaware Corporation, and APPLIED BIOSYSTEMS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. C02-5946 JW <br><br> **PLAINTIFF BIO-RAD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-11 AND** ~~PROPOSED~~ **ORDER** <br><br> Judge: Hon. James Ware <br> Dept: Ctrm. 8, 4th Flr. <br> Date: February 27, 2006 <br> Time: 9:00 A.M. |

1  Plaintiff Bio-Rad Laboratories, Inc. ("Bio-Rad"), through its counsel, hereby requests the Court
2  to file under seal the attached as Exhibit H to the Declaration of Wallace Wu In Support Of Bio-Rad
3  Laboratories, Inc.'s Opposition to Applera's Motion for Summary Judgment of Invalidity of Claims 1
4  and 6 of the '111 Patent Under 35 U.S.C. Section 102(g)

5  It is necessary and appropriate to file this document under seal in that documents that have been
6  designated as "Confidential." It is not practical to remove the confidential information from the
7  document and make it meaningful.

9  Dated: February 6, 2006          HOWREY LLP

11                                   /s/ Wallace Wu
                                     Wallace Wu

                                     Attorney for Plaintiff
13                                   BIO-RAD LABORATORIES, INC.

15      IT IS SO ORDERED.

17  Dated: February _8, 2006
                                     _____
18                                   The Honorable James Ware

Case No. C02-5946 JW                                                        1
PLAINTIFF BIO-RAD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO LOCAL RULE 79-5 AND 7-11 AND PROPOSED ORDER
DM_US\8309785.v1